UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HELENE HUTT, Derivatively on Behalf of OCWEN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM C. ERBEY, RONALD M. FARIS, RONALD J. KORN, WILLIAM H. LACY, BARRY N. WISH, ROBERT A. SALCETTI, WILBUR ROSS, and JOHN V. BRITTI,<br><br>Defendants,<br><br>- and –<br><br>OCWEN FINANCIAL CORPORATION, a Florida Corporation,<br><br>Nominal Defendant. | Civil No.: 9:15-cv-81709 –WPD |

## ORDER REGARDING CONSOLIDATION

THIS CAUSE is before the Court *sua sponte*.

Currently before the Court are three related shareholder derivative actions: (1) *Sokolowski v. Erbey, et al.*, Case No. 14-cv-81601-WPD (the "Sokolowski action"); (2) *Hutt v. Erbey, et al.*, Case No. 15-cv-81709-WPD (the "Hutt action"); and (3) *Lowinger v. Erbey, et al.*, Case No. 15-cv-62628-WPD (the "Lowinger action"). The Court has filed a copy of this Order in each of the three actions.

There are no pending motions in the Lowinger or Hutt actions. The Court granted two motions to dismiss as to Defendants Altisource Asset Management Corporation ("AAMC") and Altisource Residential Corporation ("RESI") for lack of personal jurisdiction on December 8,

1

2014, providing Sokolowski until January 4, 2015 to amend. [Sokolowski action, DE 105]. There are five pending motions in the Sokolowski action. Defendants Home Loan Servicing Solutions ("HLSS") and Altisource Portfolio Solutions, S.A. ("Altisource") have filed motions to dismiss. [Sokolowski action, DE 100, 101]. Defendants Ocwen Financial Corporation, William C. Erbey and Ronald M. Faris filed a motion to stay, which Ronald J. Korn, William H. Lacy, Barry N. Wish, Robert A. Salcetti, and Wilbur R. Ross have moved to join. [Sokolowski action, DE 102, 103]. The responses to each of the motions to dismiss and stay are due on January 4, 2016; the deadline for replies is January 29, 2016. *See* [Sokolowski action, DE 107]. On December 30, 2015, Sokolowski filed the Motion for Entry of a Case Management Order and Schedule for Consolidated Cases. [Sokolowski action, DE 116].

The Court has reviewed the dockets and the parties' filings in the each of the actions. Sokolowski and Hutt do not oppose consolidation and have indicated that they will work cooperatively to file a consolidated complaint. [Sokolowski action, DE 116; Hutt action, DE 47]. Nominal Defendant Ocwen and Defendants Erbey, Faris, and Britti have indicated that they support consolidation, but request that the Court deem the Sokolowski pleading to be the operative pleading and allow briefing on the pending motions in the Sokolowski action to continue as scheduled. *See* [Sokolowski action, DE 110]. Defendant HLSS has indicated that it supports consolidation of the three actions. [Sokolowski action, DE 109]. AAMC and RESI and take no position on potential consolidation, so long as their defenses are fully reserved should Plaintiff seek to file an amended complaint. [Sokolowski action, DE 111]. Altisource takes no position as to consolidation, but submits that briefing on its motion to dismiss should not be delayed. [Sokolowski action, DE 113].

While the Court recognizes Defendants' desire to continue to move the Sokolowski action along at its scheduled pace, it is in the interest of judicial efficiency that the Court extend the current deadlines for Sokolowski to file an amended complaint and responses to the motions in order to first determine whether the cases should be consolidated.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion for Entry of a Case Management Order and Schedule for Consolidated Cases [Sokolowski action, DE 116] is hereby **GRANTED in part**;

2. Sokolowski's responses to the pending Motions [Sokolowski action, DE 100, 101, 102, 103] and deadline to file amended complaint are extended until January 13, 2016;

3. Plaintiff Lowinger shall, on or before **January 5, 2016**, file a response in the Lowinger action of up to three pages stating his position as to consolidation and appointment of lead counsel;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of December 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record