**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Ocwen Derivative Action Litigation | Civil No.:  14-cv-81601 –WPD <br><br> Civil No.:  15-cv-81709 –WPD <br><br> Civil No.:  15-cv-62628 –WPD |

**ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE is before the Court upon the Motions to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings (the "Motion") [15-81709, DE 66, 67], filed herein on January 7, 2015. The movant requests this Court to admit Michael J. Hynes, Esq. and Ligaya T. Hernandez, Esq. of the law firm of Hynes Keller & Hernandez, LLC, 1150 First Avenue, Suite 501, King of Prussia, PA 19406, to appear *pro hac vice* as co-counsel on behalf of Plaintiff Helene Hutt. The Court has carefully considered the Motion [DE 66] and is otherwise fully advised in the premises.

The Court notes the filing of two $75.00 checks made payable to the Clerk, United States District Court. The Court also notes that Michael J. Hynes, Esq. and Ligaya T. Hernandez, Esq. have certified to having studied the Local Rules and have designated Nathan C. Zipperian, Esq. as local counsel. Accordingly**,** it is **ORDERED AND ADJUDGED** that the Motions [DE 66, 67] are hereby **GRANTED**.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order <u>or</u> failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must

be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification to Michael J. Hynes, Esq. at mhynes@hkh-lawfirm.com and Ligaya T. Hernandez, Esq. at lhernandez@hkh-lawfirm.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

2